UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | )( | |
| | )( | Criminal No. 23-417 (APM) |
| v. | )( | Judge Mehta |
| | )( | Plea Hearing: June 17, 2024 |
| RICHARD MARKEY | )( | |

**UNOPPOSED EMERGENCY MOTION TO CONTINUE PLEA HEARING**

COMES NOW the defendant, Richard Markey, by and through undersigned counsel, and respectfully moves this Honorable Court to continue his plea hearing in this case form June 17, 2024 to date approximately thirty day later due to the fact that his father has just had a heart attack and is not currently in stable condition.  In support of this motion, Mr. Markey would show:

1. Mr. Markey has entered into a plea agreement with the government whereby he will plead guilty to one count of Assaulting, Resisting, and Impeding a Police Officer Using a Dangerous Weapon under 18 U.S.C. §§ 111(a) and (b).  Given the nature of the charge he is pleading guilty to, at his plea hearing, Mr. Markey will have to be taken into custody pending sentencing pursuant to 18 U.S.C. § 3143(a)(2).

2. On Monday, June 10, 2024.  Mr. Markey's father had a heart attack.  He is currently in the hospital, and his condition is not stable due to complications with treating him because of the existence of blood clots in his heart.  It may be a few weeks before it will be known if the complications with treating Mr. Markey's father can be successfully addressed.

3. Given the above, Mr. Markey is requesting that his plea hearing, currently scheduled for June 17, 2024 be continued for approximately thirty days.  Mr. Markey

1

makes this request so that he can be with his father and mother during this difficult time and so that he can know the status of his father's condition prior to being taken into custody when he pleads guilty.

4.     Mr. Markey has been in full compliance with his release conditions in this case since his arrest.

5.     On June 13, 2024, undersigned counsel communicated with Assistant United States Attorneys Julie Bessler and Craig Estes.  Ms. Bessler and Mr. Estes have graciously indicated that the government does not oppose this motion to continue Mr. Markey's plea hearing by approximately thirty days.  Mr. Bessler and Mr. Estes have indicated that they are available to do the plea hearing on the week of July 15, 2024.  Mr. Markey and counsel are available that week as well--except counsel is not available on Friday, July 19, 2024.  Because Mr. Markey will be coming from Connecticut, an afternoon hearing is requested if possible.

WHEREFORE, the defendant, Richard Markey, moves this Honorable Court to continue his plea hearing in this case from June 17, 2024 to a date approximately thirty days later.

Respectfully submitted,

\_\_\_\_/s/_____
Jerry Ray Smith, Jr.
D.C. Bar No. 448699
Counsel for Richard Markey
717 D Street, N.W.
Suite 310
Washington, DC 20004
E-mail: jerryraysmith@verizon.net
Phone: (202) 641-4211