UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )( | |
| )( | Criminal No. 23-417 (APM) |
| v.           )( | Judge Mehta |
| )( | Plea Hearing: July 25, 2024 |
| RICHARD MARKEY        )( | |

**UNOPPOSED MOTION TO CONTINUE PLEA HEARING**

COMES NOW the defendant, Richard Markey, by and through undersigned counsel, and respectfully moves this Honorable Court to continue his plea hearing in this case from July 25, 2024 to any day in the week starting Monday, August 12, 2024. In support of this motion, Mr. Markey would show:

1. Mr. Markey has entered into a plea agreement with the government whereby he will plead guilty to one count of Assaulting, Resisting, and Impeding a Police Officer Using a Dangerous Weapon under 18 U.S.C. §§ 111(a) and (b). Given the nature of the charge he is pleading guilty to, at his plea hearing, Mr. Markey will have to be taken into custody pending sentencing pursuant to 18 U.S.C. § 3143(a)(2).

2. Originally, a plea hearing was set in this case for June 17, 2024. However, a few days before the plea hearing, Mr. Markey's father had a heart attack. As a result of his heart attack, Mr. Markey's father needed to have a risky procedure done. However, the procedure could not be immediately scheduled until a certain underlying condition related to the existence of blood clots in his heart could be addressed to reduce the risk to an acceptable level.

3. After his father's heart attack, Mr. Markey moved the Court to continue his plea hearing for approximately thirty days. At that time, it was believed a thirty-day

continuance would allow Mr. Markey to be with his mother and father until after the above-referenced procedure could be done. The Court granted Mr. Markey's motion, and his plea hearing was continued to July 25, 2025. However, as it now turns out, the procedure could not actually be scheduled until August 5, 2024.

    4.    Given that his father's procedure could not be scheduled until August 5, 2024, Mr. Markey is requesting that the Court grant him a short additional continuance of his plea hearing. Mr. Markey is requesting that the Court re-schedule his plea hearing to any day in the week starting Monday, August 12, 2024.

    5.    Upon information and belief, Mr. Markey has been in full compliance with his release conditions in this case since his arrest.

    6.    On July 15, 2024, undersigned counsel communicated with Assistant United States Attorney Craig Estes. Mr. Estes has graciously indicated that the government does not oppose this motion to continue Mr. Markey's plea hearing from July 25, 2024 to any day in the week starting Monday, August 12, 2024. Mr. Estes has indicated that the government is available for doing the plea hearing that week.

    7.    If the Court grants this motion to continue his plea hearing, Mr. Markey agrees to waive time under the Speedy Trail Act until the new plea-hearing date.

WHEREFORE, the defendant, Richard Markey, moves this Honorable Court to continue his plea hearing in this case from July 25, 2024 to any day in the week starting Monday, August 12, 2024.

                                  Respectfully submitted,

                                  _____/s/_____
                                Jerry Ray Smith, Jr.
                                D.C. Bar No. 448699
                                Counsel for Richard Markey
                                717 D Street, N.W.
                                Suite 310
                                Washington, DC 20004
                                E-mail: jerryraysmith@verizon.net
                                Phone: (202) 641-4211